1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12   TATIANA TOROPOVA, an          )   CASE NO.  2:08-CV-01774-GEB-DAD
     individual; and, THE ESTATE OF )
13   ANDREI PANTCHENKO by and      )   Honorable Judge Garland E. Burrell, Jr.
     Through its Successor  In Interest, )
14   TATIANA TOROPOVA,             )
                                   )
15                     Plaintiffs, )
                                   )   ORDER CONTINUING THE
16            vs.                  )   STATUS (PRETRIAL
                                   )   SCHEDULING) CONFERENCE
17   SIKORSKY AIRCRAFT             )
     CORPORATION, UNITED           )
18   TECHNOLOGIES CORPORATION,     )
     HEAVY LIFT HELICOPTERS, INC., )
19   AVIATION INTERNATIONAL        )
     ROTORS, INC., HELICOPTER      )
20   TRANSPORT SERVICES, INC., and )
     Does 3-100 Inclusive,         )
21                     Defendant.  )
                                   )
22   _____)

23        The request to continue the November 24, 2008 Status (Pretrial Scheduling)

24   Conference is granted.  The status hearing is rescheduled to commence at 9:00 a.m on

25   February 2, 2009, a joint status report is due fourteen days before the hearing.  Further,

26   Plaintiffs shall also explain in a filing due fourteen days before the hearing whether

27   they have good cause under Rule 4(m) justifying failure to serve any unserved

28

1    defendant within the 120 days prescribed in Rule 4(m).

2    Dated:  November 13, 2008

3

4    _____

5    GARLAND E. BURRELL, JR.
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE
### FRCivP 5(b)

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.

On November 12, 2008, I served true copies of **[PROPOSED] ORDER CONTINUING THE STATUS (PRETRIAL SCHEDULING) CONFERENCE** by delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b):

SEE ATTACHED LIST OF PARTIES SERVED

____   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

X   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

____   by placing the document(s) listed above in a sealed envelope or box with overnight delivery fees paid, via FEDERAL EXPRESS overnight delivery service at Santa Monica, California, addressed as set forth below.

____   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

____   I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

X   I am readily familiar with the firm's practice for collection and processing of correspondence for mailing and that all correspondence will be deposited with the U.S. Postal Service the same day during the ordinary course of business.

X   I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

X   I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed November 12, 2008, at Los Angeles, California.

1111 SANTA MONICA BOULEVARD, SUITE 2700

Chehreh Golzar

1

## PARTIES SERVED

2

3   James W. Hunt, Esq.
    Darrell M. Padgette
4   MENDES & MOUNT, LLP
    445 S. Figueroa Street, Suite 3800
5   Los Angeles, CA 90071
    Phone: 213/955-7700
6   Fax: 213/955-7725

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                    1111 SANTA MONICA BOULEVARD, LOS ANGELES 90025700

27

28

– 2 –
[Proposed] Order