```
 1  ROBERT E. DAVIES, ESQ. / SBN 106810
    MARY A. STEWART, ESQ. / SBN 106758
 2  REBECCA WEINSTEIN-HAMILTON, ESQ. / SBN 162699
    CAULFIELD, DAVIES & DONAHUE, LLP
 3  P.O. BOX 277010
    Sacramento, CA  95827
 4  Telephone: (916) 817-29 00
    Facsimile:  (916) 817-2644
 5
    Attorneys for Defendant
 6  HELICOPTER TRANSPORT SERVICES, INC.
 7
 8                  UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF CALIFORNIA
10                              -o0o-
```

| | |
|---|---|
| TATIANA TOROPOVA, an individual, and THE ESTATE OF ANDREI PANTCHENKO by and through its Successor in Interest, TATIANA TOROPOVA,<br><br>    Plaintiffs,<br><br>    v.<br><br>SIKORSKY AIRCRAFT CORPORATION, UNITED TECHNOLOGIES CORPORATION, HEAVY LIFT HELICOPTERS, INC. AVIATION INTERNATIONAL ROTORS, INC., HELICOPTER TRANSPORT SERVICES, INC. and DOES 4 through 100, Inclusive,<br><br>    Defendants. | Case No.  2:08-CV-01774-GEB-DAD<br><br>Honorable Judge Garland E. Burrell, Jr.<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES AND REPORTS; ORDER** |

   IT IS HEREBY STIPULATED by and between counsel for Plaintiffs TATIANA TOROPOVA, an individual and THE ESTATE OF ANDREI PANTCHENKO, by and Through its Successor In Interest, TATIANA TOROPOVA; counsel for Defendant SIKORSKY AIRCRAFT CORPORATION; counsel for Defendant UNITED TECHNOLOGIES CORPORATION; counsel for Defendant HEAVY LIFT HELICOPTERS,

INC.; and counsel for Defendant HELICOPTER TRANSPORT SERVICES, INC., to extend the Deadline to Exchange Initial Expert Witness Disclosure and Reports, currently set for August 7, 2009 to the new date of March 31, 2010 and the Rebuttal Expert Disclosure, currently set for September 8, 2009 to the new date of April 30, 2010.

This Stipulation is made by counsel for the parties, pursuant to the Honorable Judge Garland E. Burrell, Jr.'s February 2, 2009 Scheduling Order, May 11, 2009 Amendments to Scheduling Order and U.S. Eastern District Local Rules, Rule 6-144.

There is good cause for the requested extensions of the current deadlines for the expert witness disclosures. Caulfield, Davies and Donahue, LLP, only recently substituted into this action as counsel for Defendant Helicopter Transport Services, Inc. (HTSI). The order granting said substitution was issued on May 15, 2009, after the Scheduling Order and Amendments to Scheduling Order had already been issued.

Since appearing as counsel on behalf of HTSI, both Defendant HTSI and Defendant Heavy Lift Helicopters, Inc. have served Plaintiffs with written discovery into both the liability and damage aspects of this case. However, discovery into these issues has not yet been completed. As indicated in the parties' Joint Rule 26(f) Report filed on January 16, 2009, each of the Defendants to this action anticipates filing a motion for summary judgment.

The parties to this action agree that all parties hereto should be allowed adequate time to conduct necessary discovery into the matters at issue in this action, prior to having to incur the time and expense which would be required to meet the current expert witness disclosure requirements. The stipulated extension of the subject deadlines would allow time to accomplish this.

//

All parties have agreed that it would serve the interests of justice and judicial economy to extend the current expert disclosure dates to March 31, 2010 and April 30, 2010, as set forth above.

The requested extension of the current deadlines for expert disclosure would not effect the remaining dates set forth in the May 11, 2009 Amendments to Scheduling Order.

WHEREFORE, the parties respectfully move this Honorable Court to extend the present deadlines as requested herein.

DATED: August ___, 2009            **CAULFIELD, DAVIES & DONAHUE, LLP**

By:_____
    Robert E. Davies
    Mary A. Stewart
    Attorneys for Defendant
    HELICOPTER TRANSPORT SERVICES, INC.

DATED: August ___, 2009            **PANISH, SHEA & BOYLE, LLP**

By:_____
    Brian J. Panish
    Kevin R. Boyle
    Attorneys for Plaintiffs
    TATIANA TOROPOVA and ESTATE OF ANDREI PANTCHENKO

/ / /

/ / /

/ / /

DATED: August ___, 2009                **MENDES & MOUNT, LLP**


By:_____
    James W. Hunt
    Darrell M. Padgette
    Attorneys for Defendants
    SIKORSKY AIRCRAFT CORPORATION
    and UNITED TECHNOLOGIES
    CORPORATION


DATED: August ___, 2009                **LAW OFFICES OF KENNICK & ASSOC.**


By:_____
    Michael T. Kennick
    John C. Ellis
    Attorneys for Defendant
    HEAVY LIFT HELICOPTERS, INC.

**ORDER EXTENDING DEADLINE**

IT IS HEREBY ORDERED that, good cause appearing therefore, the deadline to exchange Initial Expert Witness Disclosure and Reports, currently set for August 7, 2009, is extended until March 31, 2010 and the deadline to exchange Rebuttal Expert Disclosure, currently set for September 8, 2009, is extended until April 30, 2010.

IT IS SO ORDERED.

DATED:  August 18, 2009

GARLAND E. BURRELL, JR.
United States District Judge

**ROBERT E. DAVIES, ESQ. / SBN 106810**
**MARY A. STEWART, ESQ. / SBN 106758**
**REBECCA WEINSTEIN-HAMILTON, ESQ. / SBN 162699**
**CAULFIELD, DAVIES & DONAHUE, LLP**
**P.O. BOX 277010**
**Sacramento, CA  95827**
**Telephone: (916) 817-2900**
**Facsimile:  (916) 817-2644**

**Attorneys for Defendant**
**HELICOPTER TRANSPORT SERVICES, INC.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| TATIANA TOROPOVA, an individual, and THE ESTATE OF ANDREI PANTCHENKO by and through its Successor in Interest, TATIANA TOROPOVA,<br><br>Plaintiffs,<br><br>v.<br><br>SIKORSKY AIRCRAFT CORPORATION, UNITED TECHNOLOGIES CORPORATION, HEAVY LIFT HELICOPTERS, INC. AVIATION INTERNATIONAL ROTORS, INC., HELICOPTER TRANSPORT SERVICES, INC. and DOES 4 through 100, Inclusive,<br><br>Defendants. | Case No.  2:08-CV-01774-GEB-DAD<br><br><br><br>**AFFIDAVIT OF SERVICE**<br><br><br><br>JUDGE: Hon. Garland E. Burrell, Jr. |

I, the undersigned, declare that:

I am a citizen of the United States, over 18 years of age, employed in Sacramento County, and not a party to the within action; my business address is 1 Natoma Street, Folsom, CA 95630.

**JOINT STIPULATION TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES AND REPORTS; [PROPOSED] ORDER**

On **AUGUST \_\_\_, 2009**, I served, in the manner indicated below, the foregoing document described as:

**JOINT STIPULATION TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES AND REPORTS; [PROPOSED] ORDER**

on the interested parties in this action as follows:

| | |
|---|---|
| Brian J. Panish<br>Kevin R. Boyle<br>PANISH, SHEA & BOYLE, LLP<br>11111 Santa Monica Blvd., Ste. 700<br>Los Angeles, CA  90026 | **Counsel for Plaintiffs TATIANA TOROPOVA and ESTATE OF ANDREI PANTCHENKO**<br>panish@psandb.com<br>boyle@psblaw.com<br>Tel: (310) 477-1700<br>Fax: (310) 477-1699 |
| Robert Anthony Buccola<br>John Warriner Jefferson<br>DREYER BABICH BUCCOLA & CALLAHAM<br>20 Bicentennial Circle<br>Sacramento, CA  95826 | **Counsel for Plaintiff TATIANA TOROPOVA**<br>tconte@dbbc.com<br>jjefferson@dbbc.com<br>Tel: (916) 379-3500 ext 201<br>Fax: (916) 379-3599 |
| James W. Hunt<br>Darrell M. Padgette<br>Mendes & Mount LLP<br>445 S. Figueroa Street, 38th Floor<br>Los Angeles, CA  90071 | **Counsel for Defendants SIKORSKY AIRCRAFT CORPORATION and UNITED TECHNOLOGIES CORPORATION**<br>James.Hunt@Mendes.com<br>Darrell.padgette@mendes.com<br>Tel: (213) 955-7700/7772<br>Fax: (213) 955-7725 |
| Michael T. Kennick, Esq.<br>John Ellis, Esq.<br>LAW OFFICES OF KENNICK & ASSOC.<br>110 E. Wilshire Avenue, Suite 401<br>Fullerton, CA  92832 | **Counsel for Defendant HEAVY LIFT HELICOPTERS, INC.**<br>mkennick@kennicklaw.com<br>jellis@kennicklaw.com<br>Tel: (714) 992-6600<br>Fax: (714) 992-6602 |

[ ]   BY FACSIMILE TRANSMISSION from fax number (916) 817-2644 to the fax numbers listed on the attached attorney list.

[ **X** ]   BY ELECTRONIC FILING/SERVICE.  By electronically filing the foregoing with the Clerk of the District Court using its ECF system which electronically notifies all parties.

[ ]   BY U.S. MAIL:  I caused such envelopes to be deposited in the United States Mail at Folsom, California, with postage thereon fully prepaid.  I am readily familiar with the firm's practice of collection and processing documents for mailing.  It is deposited with

JOINT STIPULATION TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES AND REPORTS; [PROPOSED] ORDER

the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct, and that this affidavit was executed on **AUGUST ___, 2009**, at Folsom, California.

ROBERT E. DAVIES

**JOINT STIPULATION TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES AND REPORTS; [PROPOSED] ORDER**